DMP:ICR/JEA/PAS
F. #2021R00193

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

TIMOTHY AMERMAN,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N F O R M A T I O N

Cr. No. 21-126 (DLI)
(T. 18, U.S.C., §§ 371 and 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

## CIVIL DISORDER CONSPIRACY

1. In or about May 2020, within the Eastern District of New York and elsewhere, the defendant TIMOTHY AMERMAN, together with others, did knowingly and willfully conspire to obstruct, impede and interfere with one or more law enforcement officers lawfully engaged in the lawful performance of their official duties incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function, contrary to Title 18, United States Code, Section 231(a)(3).

2

2. In furtherance of the conspiracy and to effect its objects, within the Eastern District of New York and elsewhere, the defendant TIMOTHY AMERMAN, together with others, did commit and cause the commission of, among others, the following:

## OVERT ACTS

(a) On or about May 29, 2020, SAMANTHA SHADER contacted AMERMAN and invited AMERMAN to join SHADER and SHADER's relative ("Relative"), an individual whose identity is known to the United States Attorney, on a trip from Saugerties, New York to join a protest march later that day in New York City to "cause some hell."

(b) On or about May 29, 2020, AMERMAN provided SHADER and Relative with various items to use during the protest march in New York City, including glass bottles, knowing that SHADER planned to use the glass bottles as projectiles to throw at, among other people, police officers engaged in the performance of their official duties incident to the protest march.

(c) On or about May 29, 2020, while participating in a protest march in Brooklyn, New York, SHADER threw an incendiary device—specifically, a glass bottle containing an incendiary chemical (sometimes referred to as a "Molotov cocktail")—at a New York City Police Department ("NYPD") vehicle that was occupied by four NYPD police officers who were engaged in the performance of their official duties incident to the protest march.

(Title 18, United States Code, Sections 371 and 3551 et seq.)

MARK J. LESKO
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#:2021R00193

FORM DBD-34

JUN 85

No.  21-CR-126 (DLI)

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

TIMOTHY AMERMAN,

Defendant.

# INFORMATION

(T. 18, U.S.C., §§ 371 and 3551 et seq.)

*A true bill.*

_____

*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20*

_____

*Clerk*

*Bail, $* _____

_____

*Ian C. Richardson, Jonathan E. Algor and Phil Selden*
*Assistant U.S. Attorneys (718) 254-7000*